# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO BALTAZAR, et al.,<br>Plaintiffs,<br>v.<br>SAFECO INSURANCE COMPANIES,<br>Defendant. | Case No. 1:25-cv-00817-KES-SAB<br>ORDER REGARDING STIPULATION OF DISMISSAL AS TO PLAINTIFFS' SECOND CLAIM FOR RELIEF<br>(ECF No. 13) |

Before the Court is the parties' stipulation to dismiss Plaintiffs' Second Cause of Action. (ECF No. 13.) For good cause shown, the Court approves the stipulation and HEREBY ORDERS that, pursuant to the terms of the stipulation, Plaintiffs' Second Cause of Action (Tortious Bad Faith) is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge